JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO ROMERO,<br><br>                Petitioner,<br><br>    v.<br><br>CHARLES W. CALLAHAN, Warden,<br><br>                Respondent. | Case CV 14-05405- ODW (AFM)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.


DATED:  October 22, 2018

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE